UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Douglas Askew<br>723 Elaine Street<br>Perry, GA  31090 | CHAPTER 13<br><br>CASE NUMBER:  16-51030-AEC<br><br>ATTORNEY:  LISA RENEE WILLIAMS |

NOTICE OF OBJECTION TO CONFIRMATION

NOTICE IS HEREBY GIVEN PURSUANT TO M.D. Ga. LBR 9004-1(b) THAT **CAMILLE HOPE, CHAPTER 13 TRUSTEE**, HAS FILED PAPERS WITH THE UNITED STATES BANKRUPTCY COURT TO DENY CONFIRMATION OF YOUR CHAPTER 13 PLAN.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS  THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

IF YOU DO NOT WANT THE COURT TO DENY CONFIRMATION OF YOUR PLAN, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE OBJECTION, THEN YOU OR YOUR ATTORNEY MUST APPEAR AT THE HEARING ON CONFIRMATION  SCHEDULED FOR **AUGUST 01, 2016 AT  01:30 PM** IN THE UNITED STATES BANKRUPTCY COURT, LOCATED IN COURTROOM B, U.S. BANKRUPTCY COURT, 433 CHERRY STREET, MACON, GEORGIA.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

**DATED:** July 7, 2016

| | |
|---|---|
| **CAMILLE HOPE**<br>**CHAPTER 13 TRUSTEE**<br>P.O. BOX 954<br>MACON, GA 31202<br>**TELEPHONE (478) 742-8706** | **KYLE GEORGE, CLERK**<br>**UNITED STATES BANKRUPTCY COURT**<br>P.O. BOX 1957<br>MACON, GA 31202<br>**TELEPHONE (478) 752-3506** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:
**Douglas Askew**
**723 Elaine Street**
**Perry, GA  31090**

CHAPTER 13

CASE NUMBER:  16-51030-AEC

ATTORNEY:  LISA RENEE WILLIAMS

## OBJECTION TO CONFIRMATION

Now comes the Chapter 13 trustee and files this her objection to confirmation of the plan proposed by the debtor in the above-referenced case pursuant to 11 U.S.C. Section 1325.

1

The plan proposed by the debtor cannot be completed within 60 months as required under 11 U.S.C. Section 1322.

**WHEREFORE**, the trustee prays that the Court deny confirmation of the plan proposed by the debtor in the above-referenced case.

Date:  July 07, 2016

**/s/ Camille Hope, Trustee**
Camille Hope, Trustee
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202
(478) 742-8706

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the attached document was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) mailed postage prepaid to all other interested parties at their addresses

Douglas Askew
723 Elaine Street
Perry, GA  31090

(Debtor)

LISA RENEE WILLIAMS

(Counsel for Debtor)

**DATED:** July 7, 2016

**/s/ Camille Hope, Trustee**
Camille Hope, Trustee