# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Douglas Askew<br>723 Elaine Street<br>Perry, GA  31090 | **CHAPTER 13**<br><br>**Case Number:** 16-51030-AEC<br><br>**ATTORNEY:**  LISA RENEE WILLIAMS |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $623.12 in unclaimed funds on behalf of the below-referenced debtor. The last known address for the debtor is as follows:

Douglas Askew
723 Elaine Street
Perry, GA  31090

**DATED:** November 8, 2016

/s/ Camille Hope

**Camille Hope, Trustee**
P.O. Box 954
Macon, GA 31202
(478) 742-8706